THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:13-CV-51-FL

TONY LANGLEY,

    Plaintiff,

v.

WYETH LLC, WYETH PHARMACEUTICALS, INC. individually and d/b/a ESI LEDERLE, INC., PFIZER INC., SCHWARZ PHARMA, INC. now known as UCB, INC., SCHWARZ PHARMA AG, UCB GMBH d/b/a Schwarz Pharma AG, ALAVEN PHARMACEUTICAL, LLC, BAXER HEALTHCARE CORPORATION, BRENN DISTRIBUTION, INC. formerly known as QUALITEST PHARMACEUTICALS, INC., and JOHN DOE DEFENDANTS,

    Defendants.

**ORDER GRANTING JOINT UNOPPOSED MOTION TO SUBSTITUTE PARTIES**

This matter comes before the Court upon the parties' Joint Unopposed Motion to Substitute Parties. Upon carefully scrutiny, and for good cause shown, the Court finds the Joint Motion well taken and grants the request.

Accordingly, it is hereby **ORDERED** that Generics Bidco I, LLC is substituted as a party defendant in this action. Generics Bidco I, LLC shall respond to Plaintiff's Complaint within sixty (60) days from the entry of this Order. Brenn Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc. is hereby dismissed from the action, with prejudice.

Dated: 5-15-2013

_____
Judge of the United States District Court