UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TONY LANGLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **JUDGMENT** |
| | ) |
| | ) No. 7:13-CV-51-FL |
| WYETH LLC; WYETH | ) |
| PHARMACEUTICALS, INC., | ) |
| individually and doing business as ESI | ) |
| Lederle, Inc.; PFIZER INC.; SCHWARZ | ) |
| PHARMA, INC. now known as UCB, | ) |
| Inc.; SCHWARZ PHARMA AG; UCB | ) |
| GMBH doing business as Schwarz | ) |
| Pharma AG; ALAVEN | ) |
| PHARMACEUTICAL, LLC; BAXTER | ) |
| HEALTHCARE CORPORATION; | ) |
| GENERICS BIDCO I, LLC; and | ) |
| JOHN DOE, | ) |
| | ) |
| Defendants. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 18, 2013, that this case is dismissed with prejudice for lack of prosecution and failure to respond, pursuant to Fed. R. Civ. P. 41(b).

**This Judgment Filed and Entered on November 18, 2013, and Copies To:**
Leslie C. Packer; Paul J. Osowski; Regan Summerlin Toups; Ashley Kamphaus Brathwaite; Jeffrey J. Lowe; Tammara N. Tukloff; Carolyn Taylor; and John C. Henley, Jr.
(via CM/ECF Notice of Electronic Filing)
Tony Langley (via U.S. Mail) 230 Bush Way Lane, Autryville, NC 28318

November 18, 2013          JULIE A. RICHARDS, CLERK
                             /s/ Christa N. Baker
                           (By) Christa N. Baker, Deputy Clerk